A. GRAHAM BIDDLE, Respondent, v. MURRAY BERGER et al., Appellants, et al., Defendants.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.

■

MARGARET AUSTIN, as Administratrix of the Estate of MERIWEATHER AUSTIN, Deceased, Respondent, v. SWORD LINE, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P. Cohn, Callahan, Bastow and Botein, JJ.

■

JACK McLOUGH et al., Respondents, v. JACK MALLEN et al., Individually and as Copartners Doing Business as RELIABLE MOTORS, Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL MANCUSO, Appellant.— Order unanimously affirmed. No opinion. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.

■

In the Matter of CARL S. BRESNICK, Appellant, against FORMAN SKIRT COMPANY, INC., Defendant, and SAMUEL GOLDIN et al., Doing Business as GOLDIN BROS., et al., Respondents.— The restrictive provision in paragraph "6" of the order was not consented to by petitioner-appellant, and is clearly improper. It should not have been made part of the court's order. Order unanimously modified by striking therefrom paragraph "6" and, as so modified, affirmed, with $20 costs and disbursements to the appellant. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.

■

In the Matter of CARL S. BRESNICK, Appellant, against A. MEYERS & SONS CORP. et al., Defendants, and SAMUEL GOLDIN et al., Doing Business as GOLDIN BROS., et al., Respondents.— Because of our decision in *Matter of Bresnick* v. *Forman Skirt Co.* (*ante,* p. 1013), decided herewith, we are reluctantly compelled to reverse the order appealed from. Undoubtedly, Special Term properly felt compelled to follow the order in the companion appeal, which we have decided improperly included a provision that petitioner "shall not institute proceedings to increase respondents' rents within one year from November 7, 1952". Order, so far as appealed from, unanimously reversed, with $20 costs and disbursements to the appellant, and the cross motions of the respondents to dismiss the petition denied. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.